IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**JOHN W. WINNINGHAM, JR.**                                            **PLAINTIFF**

**V.**                         **CASE NO. 5:24-CV-5119**

**WACHTER INC.; MATTHEW CRAIG;
JOHN STROUD; and JOSH**                                                **DEFENDANTS**

## ORDER

Now pending is the Report and Recommendation ("R&R") (Doc. 18) of the Honorable Christy Comstock, United States Magistrate Judge for the Western District of Arkansas, who conducted a preservice screening of the Amended Complaint. She recommends dismissing all claims. On October 16, 2024, Plaintiff John W. Winningham, Jr. filed an Objection to the R&R (Doc. 19), which triggered this Court's *de novo* review of the record. Winningham's Objection simply opposes the dismissal of his case and fails to engage with the R&R's reasoning in any respect. The Objection is **OVERRULED**.

**IT IS THEREFORE ORDERED** that the R&R is **ADOPTED** in its entirety. The case is **DISMISSED** for failure to state a claim under 28 U.S.C. § 1915(e)(2).

**IT IS SO ORDERED** on this 17th day of October, 2024.

                                                          */s/ Timothy L. Brooks*
                                                          TIMOTHY L. BROOKS
                                                          UNITED STATES DISTRICT JUDGE